[No. 39858-3-II.  Division Two.  May 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL WARD, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00142-6, James W. Lawler, Nelson E. Hunt, and Richard L. Brosey, JJ., entered October 2, 2009. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 40066-9-II.  Division Two.  May 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN F. WHITTIER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-04496-1, Kitty-Ann van Doorninck, J., entered December 4, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Johanson, J.; Quinn-Brintnall, J., concurring in the result only.

[No. 40192-4-II.  Division Two.  May 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CALEB LEEDY KISOR, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00629-4, Richard L. Brosey and James W. Lawler, JJ., entered December 23, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall and Johanson, JJ.

[No. 40347-1-II.  Division Two.  May 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES WILLIAM HOPKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-1-00469-1, Kenneth D. Williams, J., entered January 28, 2010. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Johanson, JJ.